UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JORGE BRUNO,                                                   25-CV-10599 (JMF)

                                   Plaintiff,                  **ORDER**

              -against-

F & J PINE RESTAURANT LLC, et al.,

                                   Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

In light of Plaintiff's filing at ECF No. 17, the pre-settlement conference call in this

matter is hereby rescheduled to **Tuesday, March 17, 2026 at 12:30 p.m.** Counsel for the parties

are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time.

**Please dial (646) 453-4442; access code [249 712 276#].**

The Clerk of the Court is respectfully directed to close the motion at ECF No. 17.

      **SO ORDERED.**

DATED:      New York, New York
            February 4, 2026

                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge