UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                    :
JORGE BRUNO, *individually and on behalf of all others*   :
*similarly situated*,                               :
                                                    :
                              Plaintiff,            :        25-CV-10599 (JMF)
                                                    :
              -v-                                   :        ORDER
                                                    :
F&J PINE RESTAURANT LLC et al,                      :
                                                    :
                              Defendants.           :
                                                    :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's February 27, 2026 Order, ECF No. 21, Plaintiff was required to file proof of service of that Order no later than March 4, 2026.  To date, Plaintiff has not filed any such proof of service.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 9, 2026**.  Failure to file proof of service by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

     SO ORDERED.

Dated: March 5, 2026
     New York, New York

                                         JESSE M. FURMAN
                                 United States District Judge