UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JORGE BRUNO,                                                              25-CV-10599 (JMF)

                                    Plaintiff,                           **ORDER**

            -against-

F & J PINE RESTAURANT LLC, et al.,

                                    Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

In light of Plaintiff's filing at ECF No. 26, the pre-settlement conference call in this matter is hereby rescheduled to **Wednesday, April 22, 2026 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [249 712 276#].**

The Clerk of the Court is respectfully directed to close the motion at ECF No. 26.

**SO ORDERED.**

DATED:      New York, New York
            March 16, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge