UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                         :
JORGE BRUNO, *on behalf of himself and all others*                       :
*similarly situated*,                                                     :
                                                                         :
                                    Plaintiff,                            :          25-CV-10599 (JMF)
                                                                         :
               -v-                                                       :          ORDER
                                                                         :
F&J PINE RESTAURANT LLC et al,                                            :
                                                                         :
                                    Defendants.                          :
                                                                         :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's January 5, 2026 Order, ECF No. 11, the parties were required to file a proposed case management plan ("CMP") and joint letter, the contents of which are described therein, no later than **March 19, 2026, the Thursday prior to the upcoming conference scheduled for March 26, 2026**. To date, the parties have not filed a proposed CMP or joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 23, 2026.** Failure to file the proposed CMP and joint letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       Plaintiff is ordered to serve a copy of this Order on all parties that have not yet entered an appearance and to file proof on ECF.

       SO ORDERED.

Dated: March 20, 2026
       New York, New York                          _____
                                                        JESSE M. FURMAN
                                                    United States District Judge