UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                                     :
JORGE BRUNO, *on behalf of himself and all others*                   :
*similarly situated*,                                                 :
                                                                     :
                                           Plaintiffs,               :         25-CV-10599 (JMF)
                                                                     :
               -v-                                                   :              ORDER
                                                                     :
F&J PINE RESTAURANT LLC et al,                                        :
                                                                     :
                                           Defendants.               :
                                                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On March 11, 2026, the Court extended Defendants' answer deadline in this action to
March 31, 2026. *See* ECF No. 25. On that date, Defendants filed an answer that appears to
pertain to a different action, Case No. 25-CV-9588, which is pending before Judge Rochon. *See*
ECF No. 37. **No later than today, April 1, 2026, at 5:30 p.m.,** Defendants shall file the
responsive papers relevant to this case.

       Defendants have already been warned about the failure to abide by the Court's deadlines.
*See* ECF Nos. 30-31. Any continued failure to comply with these deadlines may result in
sanctions.

       The Clerk of Court is directed to strike ECF No. 37.

       SO ORDERED.

Dated: April 1, 2026
       New York, New York                         _____
                                                            JESSE M. FURMAN
                                                       United States District Judge