UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                     :

JORGE BRUNO, *on behalf of himself, individually, and*  :
*all others similarly situated,*
                                       :

                 Plaintiffs,      :             25-CV-10599 (JMF)
                                       :

          -v-                   :                ORDER
                                       :

F&J PINE RESTAURANT LLC, *d/b/a* F&J Pine     :
Restaurant, et al.,
                                       :

               Defendants.     :

--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     The parties shall appear for a conference with the Court **TOMORROW, June 24, 2026, at 3:00 p.m.** to address the issues raised in the letter filed on June 18, 2026. *See* ECF No. 69. The conference will be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases.

     Additionally, Plaintiffs' deadline to file any reply to the pending conditional certification motion is hereby STAYED pending the conference and the Court's resolution of the dispute raised in the parties' letter.

     SO ORDERED.

Dated: June 23, 2026
      New York, New York                        _____
                                       JESSE M. FURMAN
                                   United States District Judge