UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                        :

JORGE BRUNO, *on behalf of himself, individually, and*  :
*all others similarly situated*,  :
                                         :

               Plaintiffs,  :            25-CV-10599 (JMF)
                                         :

           -v-                      :               ORDER
                                         :

F&J PINE RESTAURANT LLC, *d/b/a F&J Pine*  :
*Restaurant*, et al.,  :
                                         :

              Defendants.   :
                                         :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As stated on the record during the teleconference held earlier today:

- Plaintiffs shall file an amended complaint **no later than July 2, 2026.**

- Further briefing on the motion for collective action certification is STAYED.  The parties shall file a stipulation and proposed order tolling the statute of limitations with respect to putative members of the collective action **no later than July 2, 2026.**  So long as the parties file that stipulation, the stay shall remain in effect until further Order of the Court.  In that event, the Court will revisit the briefing schedule for the collective action certification motion after Defendants file responsive papers to the amended Complaint.

- Plaintiffs shall file any motion for attorneys' fees with respect to Jorge Bruno's claims **no later than July 24, 2026.**  Defendants shall file any opposition **within two weeks of any such motion**.  No reply may be filed absent leave of Court.  That said, the parties are required to confer prior to the filing of any motion for attorneys' fees with respect to Jorge Bruno's claims in an effort to reach agreement.

     SO ORDERED.

Dated: June 24, 2026
      New York, New York                         _____
                                       JESSE M. FURMAN
                               United States District Judge