UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

JULIO ROMERO et al., *on behalf of themselves and all others similarly situated*,

Plaintiffs,

-v-

F & J PINE RESTAURANT LLC et al.,

Defendants.

---------------------------------------------------------------------X

25-CV-10599 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On July 16, 2026, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure or, in the alternative, for summary judgment under Rule 56. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that Plaintiffs shall file any amended complaint by **August 6, 2026**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss or indicate that they rely on their previously filed

motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, Plaintiffs shall file any opposition to the motion by **August 6, 2026**. Insofar as Defendants move for summary judgment in the alternative, the Court may treat the motion as a motion for summary judgment and Plaintiffs should submit any and all materials pertinent to the motion with their opposition. *See* FED. R. CIV. P. 12(d), 56. Defendants' reply, if any, shall be filed by **August 13, 2026.**

Finally, it is further ORDERED that briefing on the motion for collective action certification remains STAYED pending resolution of Defendants' motion to dismiss. *See* ECF No. 71.

The Clerk of Court is directed to update the case caption consistent with the operative Complaint and this Order. *See* ECF No. 75.

SO ORDERED.

Dated: July 17, 2026
New York, New York

JESSE M. FURMAN
United States District Judge