UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JULIO ROMERO AND ABEL VERA,

Plaintiffs,

-against-

~~[PROPOSED]~~ **JUDGMENT**

F & J PINE RESTAURANT LLC d/b/a F & J PINE RESTAURANT, and 4 A KIDS LLC d/b/a F & J PINE RESTAURANT, and ANTHONY BASTONE, individually,

Defendants.

Case No. 25 Civ. 10599 (JMF)
-------------------------------------------------------------------X

**WHEREAS**, on July 30, 2026, Defendants F & J Pine Restaurant LLC d/b/a F & J Pine Restaurant, and 4 A Kids LLC d/b/a F & J Pine Restaurant, and Anthony Bastone, individually, offered that Plaintiffs Julio Romero and Abel Vera take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the total amount of Forty Thousand Dollars and Zero Cents ($40,000.00), less applicable taxes and withholdings, plus an award of reasonable attorneys' fees and costs accrued to date in such amount to be determined by the Court or between the parties, which is in full and final settlement of all of Plaintiff Romero's and Vera's claims alleged against Defendants in this action; and

**WHEREAS**, on July 31, 2026, Plaintiffs Romero and Vera filed their Notice of Acceptance of Defendants' Offer; it is

**HEREBY ORDERED AND ADJUDGED** that judgment is entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiffs Romero and Vera, as against Defendants jointly and severally, in the total amount of Forty Thousand Dollars and Zero Cents ($40,000.00).

SO ORDERED, on the 3rd day of August, 2026, New York, New York:

The Honorable Jesse M. Furman, U.S.D.J.

In light of the parties filings regarding the Offer of Judgment, *see* ECF Nos. 85-86, the pending motions for conditional collective certification, ECF No. 54, and to dismiss the First Amended Complaint, ECF No. 77, are hereby DENIED as moot. If the parties disagree that the Offer of Judgment moots the pending motions, they shall file a letter **no later than August 6, 2026** indicating as much.

The Clerk of Court is directed to terminate ECF Nos. 54 and 77.