UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

JULIO ROMERO et al., *on behalf of themselves and all others similarly situated*,

Plaintiffs,

-v-

F & J PINE RESTAURANT LLC et al.,

Defendants.

---------------------------------------------------------------------X

25-CV-10599 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On August 3, 2026, the Court entered judgment pursuant to Federal Rule of Civil Procedure 68 in favor of the remaining Plaintiffs, Julio Romero and Abel Vera, in this action. ECF No. 87. In light of the parties' filings regarding the Offer of Judgment, the Court denied the pending motions for conditional collective certification and to dismiss the First Amended Complaint as moot. *Id.* at 2. The Court also ordered that, "[i]f the parties disagree that the Offer of Judgment moots the pending motions, they shall file a letter no later than August 6, 2026 indicating as much." *Id.* To date, the parties have not filed any such letter.

In light of these developments, for the avoidance of doubt, all pending motions are moot, all scheduled conferences are vacated, and the case is closed.

SO ORDERED.

Dated: August 18, 2026
New York, New York

JESSE M. FURMAN
United States District Judge